**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   14-cv-03366-LTB

JEREMY D. HOWARD,

      Plaintiff,

      v.

RICK RAEMISCH, Or Current Executive Director of CDOC,
PAMELA PLOUGH, Or Current Warden of Cañon Minimum Center-ACC, FMCC, SCC,
JOHN SUTHERS, Or The Current Colorado Attorney General,
ADRIENNE GREENE, Denver Chief Deputy District Attorney, and
REBEKKA HIGGS, Denver Public Defender,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 13, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, ECF No. 14, and two Motions for Subpoena, ECF Nos. 15 and 16.   All filings are inappropriate. This case was dismissed on January 26, 2015, and was dismissed on appeal by the Tenth Circuit on November 24, 2015, as untimely.   All pending motions, therefore, are denied.

Dated:   December 15, 2015